DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LYNNE LACEY WHEELER** n/k/a **LYNNE HEALEY,**
Appellant,

v.

**CHRISTOPHER WHEELER, JR.,**
Appellee.

No. 4D18-3737

[September 19, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 50-2006-DR11991XXXXSB.

Kerry Loomis of Law Office of Loomis & Loomis, P.A., Boca Raton, for appellant.

Yvette B. Reyes of Reyes Miller, P.L., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***